**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacob F. Rocker,<br><br>    Plaintiff,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>    Defendants. | No. CV11-0708 PHX DGC<br><br>**ORDER** |

    Plaintiff has filed a motion for extension of time to disclose expert opinions and reports. Doc. 98. Defendants oppose the motion. Docs. 106, 109. Plaintiff has filed no reply memorandum.

    Plaintiff's motion was filed on the date his expert reports were due. As defense counsel note, Plaintiff's counsel has been involved in this case for more than 18 months and first disclosed a liability expert more than one year ago. Plaintiff provides no explanation for his failure to produce a damages report by the Court's deadline. In light of these facts, and the Court's intent to hold the parties to a firm schedule in this case, the Court is inclined to deny Plaintiff's request for an extension. By filing the request on the day the expert report was due, however, Plaintiff has put the Court in a box. If it denies the request, Plaintiff will be denied experts that are likely necessary to establish his case. To avoid this harsh result, the Court will grant a brief modification of the deadlines.

    Plaintiff shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **June 1, 2012.** Defendants shall provide full and complete expert disclosures as required by

Rule 26(a)(2)(A)-(C) no later than **July 6, 2012**. Rebuttal expert disclosures, if any, shall be provided no later than **July 27, 2012**. Expert depositions shall be completed no later than **August 31, 2012**. The deadline for dispositive motions shall be extended to **September 21, 2012**.

All other deadlines and terms in the Court's Amended Case Management Order (Doc. 70) shall remain in effect.

**IT IS ORDERED** that Plaintiff's motion for extension (Doc. 98) is **granted in part and denied in part** as set forth above.

Dated this 9th day of May, 2012.

_____
David G. Campbell
United States District Judge